RECEIVED
IN ALEXANDRIA, LA
JUN 17 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EURIC VINCENT | CIVIL ACTION NO. 08-0065 |
| VS. | SECTION P |
| LaSALLE CORRECTIONAL CENTER | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana, on this the 17th day of June, 2008.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE